PEARL M. LANGFIELD, a Widow, also known as PEARL LANGFIELD; HULDA MAYHEW, joined by her Husband, JOHN F. MAYHEW, for the purpose of this suit, and JOHN F. MAYHEW, *Appellants*, v. SAMUEL E. COZINE, SR., *Appellee*.

En Banc.

Decision filed October 3, 1929.

*Selden, Hodgden & Couchman,* for Appellants;

*Horn & Ossinsky,* for Appellee.

PER CURIAM.—The motion to quash the appeal herein is granted on the authority of the opinion in the case of Randall v. Twitchell, decided at this term.

TERRELL, C. J., AND WHITFIELD, ELLIS, STRUM, BROWN AND BUFORD, J. J., concur.